UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

JUAN LUIS PEREZ PEREZ,
Petitioner,
v.
WARDEN, Imperial Regional Detention Center, et al.,
Respondents.

Case No.: 3:26-cv-5514-CAB-JAC

**ORDER FOR CORRECTED INFORMATION**

Pending before the Court is Petitioner Juan Luis Perez Perez's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. [Doc. No. 1 ("Petition").] Respondents submitted an opposition asserting that an arrest warrant was issued for Petitioner the day of his arrest. However, the attached warrant appears to be for a different individual. [*See* Doc. No. 5-2 at 2.]

The Court therefore **ORDERS** Respondents to submit corrected documentation by **October 23, 2026.**

Dated: October 21, 2026

Hon. Cathy Ann Bencivengo
United States District Judge