UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

JUAN LUIS PEREZ PEREZ,

Petitioner,

v.

WARDEN, Imperial Regional Detention Center, et al.,

Respondents.

Case No.: 3:26-cv-5514-CAB-JAC

**ORDER REFERRING FOR CONSIDERATION OF APPOINTMENT OF COUNSEL**

Pending before the Court is Petitioner Juan Luis Perez Perez's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. [Doc. No. 1 ("Petition").] The Court is considering setting a hearing on the Petition. Given the issues presented, the Court finds it appropriate to **REFER** this matter to Federal Defenders of San Diego, Inc. for consideration of appointment of counsel for the limited purpose of representing Petitioner at any scheduled hearing. The Court requests that Federal Defenders review Petitioner's matter and by **November 6, 2026**, inform the Court whether it accepts appointment.

It is **SO ORDERED**

Dated: November 3, 2026

Hon. Cathy Ann Bencivengo
United States District Judge