UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

JUAN LUIS PEREZ PEREZ,

Petitioner,

v.

WARDEN, Imperial Regional Detention Center, et al.,

Respondents.

Case No.: 3:26-cv-5514-CAB-JAC

**ORDER:**

**(1) RELEASING PETITIONER AND VACATING HEARING; and**

**(2) DENYING AS MOOT MOTION FOR TEMPORARY RESTRAINING ORDER, [Doc. No. 2].**

Pending before the Court is Petitioner Juan Luis Perez Perez's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. [Doc. No. 1 ("Petition").] Respondents have filed an amended response to the Petition that they "do[] not oppose an order from this Court directing that Petitioner be released from custody, subject to reasonable conditions of supervision at the government's discretion." [Doc. No. 17.]

The Court **ORDERS** Respondents to immediately release Petitioner subject to reasonable conditions of supervision at the discretion of the Department of Homeland Security. *See* 8 U.S.C. § 1226(a)(2) (providing for release on conditional parole or "conditions prescribed by, the Attorney General").

///

///

The Court **VACATES** the hearing set for November 17, 2026 and **DENIES AS MOOT** the motion for a temporary restraining order, [Doc. No. 2].

The Clerk of the Court shall close the case.

It is **SO ORDERED**

Dated: November 16, 2026

Hon. Cathy Ann Bencivengo
United States District Judge